UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERYL THOMPSON,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>WALMART, INC.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:19-CV-323 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Thompson v. Walmart, Inc.*, case number 2:19-cv-323-JCM-BNW.

On March 5, 2021, this court granted defendant Walmart, Inc.'s motion for summary judgment. (ECF Nos. 24; 29). Judgment was entered in Walmart's favor on that same day. (ECF No. 30). Plaintiff Cheryl Thompson appealed. (ECF No. 31). On July 18, 2022, the Ninth Circuit reversed and remanded this case for further proceedings. (ECF No. 35). The order on mandate was entered on August 16, 2022. (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order granting summary judgment (ECF No. 29), be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the parties shall file a JOINT STATUS REPORT within fourteen (14) days of this order informing the court of the status of this case.

DATED August 22, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**