ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar# 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL THOMPSON, an individual, | Case No.: 2:19-CV-00323-JCM-BNW |
| Plaintiff, | **PROPOSED STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| WALMART, INC., a Foreign Corporation, d/b/a WALMART #2050; DOE EMPLOYEE; ROE PROPERTY MANAGEMENT COMPANY; ROE CONTRACTOR; ROE LIGHTING MAINTENANCE COMPANY; DOES I through X; and ROE CORPORAIONS I through X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Cheryl Thompson ("Plaintiff" or "Thompson") by and through their attorney Marcus Berg, Esq. of Moss Berg Injury Lawyers, and Defendant Walmart, Inc d/b/a Walmart #2050 ("Defendant" or "Walmart") by and through their attorneys, Kurt R. Bonds, Esq. and Patrice Stephenson-Johnson, Esq., of Alverson, Taylor, & Sanders, that the Parties do hereby stipulate and agree that the current settlement conference currently set for November 17, 2022 at 10:00 a.m. be continued to December 15th, 2022.

1

KB-27981

No parties have been prejudiced by this extension.

IT IS SO STIPULATED.

DATED this 25th day of October, 2022.
ALVERSON TAYLOR & SANDERS

/s/ signature
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar# 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
*Attorneys for Defendants*

DATED this 25th day of October, 2022
MOSS BERG INJURY LAWYERS

/s/ Marcus A. Berg
Boyd B. Moss, III, Esq.
Nevada Bar #8856
Marcus A. Berg, Esq.
Nevada Bar #9760
4101 Meadows Lane
Suite 110
Las Vega, Nevada 89107
(702) 222-4555
*Attorneys for Plaintiff*

## ORDER

IT IS ORDERED that ECF No. 45 is GRANTED.

IT IS FURTHER ORDERED that the Settlement Conference is RESCHEDULED to 12/15/2022 at 10:00 a.m. via Zoom video conference. The Court will circulate a Zoom invitation.

IT IS FURTHER ORDERED that the pre-Settlement Conference Telephonic Conference is RESCHEDULED to 12/14/2022 at 3:00 p.m. Counsel is kindly directed to call (877) 810-9415, access code 2365998.

IT IS FURTHER ORDERED that the parties' confidential written evaluation statements must be e-mailed to Judicial Clerk Radia Amari at radia_amari@nvd.uscourts.gov no later than 4:00 p.m. on 12/8/2022.

IT IS SO ORDERED

DATED: 11:27 am, October 26, 2022

/s/ signature
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

KB-27981

| | |
|---|---|
| From: | Marcus Berg |
| To: | Radia Amari |
| Cc: | Deirdre Renfro; Patrice Stephenson-Johnson; Kurt Bonds; Madison Aguirre; Jeffrey Miller; Tonya Baltazar |
| Subject: | Re: 2:19-cv-00323-JCM-BNW Thompson v Walmart : 27891 |
| Date: | Friday, October 21, 2022 11:40:58 AM |
| Attachments: | image001.png |
| | image002.png |
| | image002.png |
| | image001.png |

December 15 works for Plaintiff.

**Marcus Berg, Esq.**
Moss Berg Injury Lawyers
4101 Meadows Ln, Ste 110
Las Vegas, NV 89107
P: (702) 222-4555
F: (702) 222-4556
www.mossberginjurylaw.com
marcus@mossberglv.com

On Oct 21, 2022, at 11:36 AM, Radia Amari <Radia_Amari@nvd.uscourts.gov> wrote:

Hi Deirdre:

Thank you for checking in.

Unfortunately, Judge Weksler is not available on December 12; however, Her Honor is available on December 15. If that date works, please file a stipulation requesting this change. The Court will then issue a new date for the pre-SC Telephonic Conference (December 14) and for submitting the briefs (December 8).

In the event the December 15 date is not ideal for either or both parties, please file a stipulation identifying 3-to-5 alternate dates for the Court to consider. Please note that the pre-SC Telephonic Conference will likely take place the day before the SC and the briefs will be due about one week before the SC.

Please reach out directly to me if you have additional questions.

Thank you,
Radia



*Radia Amari*
*Law Clerk to*
*Honorable Brenda Weksler*
*U.S. Magistrate Judge*
*702-464-5570*

**From:** Deirdre Renfro <DRenfro@AlversonTaylor.com>
**Sent:** Friday, October 21, 2022 11:09 AM
**To:** Jeffrey Miller <Jeff_Miller@nvd.uscourts.gov>
**Cc:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>; Kurt Bonds <KBonds@AlversonTaylor.com>; Madison Aguirre <MAguirre@AlversonTaylor.com>; Marcus Berg <Marcus@mossberglv.com>
**Subject:** 2:19-cv-00323-JCM-BNW Thompson v Walmart : 27891

**CAUTION - EXTERNAL:**

Good morning,

We represent Walmart in case 2:19-cv-00323-JCM-BNW and are scheduled for a settlement conference to take place November 17, 2022, at 10:00am. We respectfully request to reschedule to December 12th as we have scheduling conflicts that prevent us from attending on November 17th. We have spoken with opposing counsel at Moss Berg Injury Lawyers, and they are agreeable to this.

If you could please instruct me on how to officially request this schedule change I would greatly appreciate it.

Thank you for your time,

**Deirdre Renfro**
LEGAL ASSISTANT



Alverson Taylor & Sanders
Nevada's Law Firm

6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**
website | map | email

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution