**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar# 12283
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL THOMPSON, an individual, | Case No.: 2:19-CV-00323-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |
| vs. | |
| WALMART, INC., a Foreign Corporation, d/b/a WALMART #2050; DOE EMPLOYEE; ROE PROPERTY MANAGEMENT COMPANY; ROE CONTRACTOR; ROE LIGHTING MAINTENANCE COMPANY; DOES I through X; and ROE CORPORAIONS I through X, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff, CHERYL THOMPSON ("Plaintiff) by and through her counsel of record, Moss Berg Injury Lawyers, and Defendant, WALMART, INC. ("Defendant") by and through its counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side

will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 17th day of January, 2023.                    DATED this 17th day of January, 2023.

**MOSS BERG INJURY LAWYERS**                              **ALVERSON TAYLOR & SANDERS**

/s/Marcus Berg                                           /s/Kurt R. Bonds
MARCUS BERG, ESQ.                                        KURT R. BONDS, ESQ.
4101 Meadows Ln, Ste 110                                 PATRICE STEPHENSON-JOHNSON, ESQ.
Las Vegas, NV 89107                                      MADISON M. AGUIRRE, ESQ.
*Attorney for Plaintiff*                                 Nevada Bar #16183
                                                         6605 Grand Montecito Parkway, Suite 200
                                                         Las Vegas, Nevada 89149
                                                         *Attorneys for Defendant*

### ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED January 18, 2023

_____
UNITED STATES DISTRICT JUDGE

N:\CLIENTS\Walmart\27891\pleading\27891 SAO to Dismiss.doc

2                                                        KRB/27891